UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KENYON ZERO STORAGE, INC., a Washington corporation,<br><br>    Defendant. | Case No. 2:22-cv-00131-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT** |

THIS MATTER comes before on Defendant's Motion to Vacate Default. Dkt. # 9. The Court has reviewed the materials submitted in support of, and in opposition to, the motion.

IT IS HEREBY ORDERED THAT Defendant's motion to vacate default is GRANTED and the Order of Default (Dkt. # 7) is hereby vacated. By August 11, 2022, Plaintiff may file a motion for attorney fees and costs incurred in connection with seeking entry of default.

Dated this 25th day of July, 2022.

*John H. Chun*

JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING DEFENDANT'S MOTION
TO VACATE DEFAULT** - 1